

# IN THE
# TENTH COURT OF APPEALS

### No. 10-18-00276-CV

**CECIL G. KNICKERBOCKER,**

                                                                                    **Appellant**

 **v.**

**DONALD KNICKERBOCKER AS INDEPENDENT
EXECUTOR OF THE ESTATE OF DAVID
KNICKERBOCKER AND ROY MATHIS,**

                                                                                    **Appellees**

---

### From the 12th District Court
### Walker County, Texas
### Trial Court No. 8976 PR

---

## MEMORANDUM OPINION

---

Cecil G. Knickerbocker appealed an adverse judgment rendered against him on June 21, 2018.  Knickerbocker has now filed a motion to dismiss his appeal.  The motion is granted, and this proceeding is dismissed.  TEX. R. APP. P. 42.1(a)(1).


                                                                TOM GRAY
                                                                Chief Justice

Before Chief Justice Gray,
    Justice Davis, and
    Justice Scoggins
Appeal dismissed
Opinion delivered and filed October 10, 2018
[CV06]

